**DISMISS and Opinion Filed March 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00132-CV

### BIJAL MODI, M.D. AND TEXAS ONCOLOGY, P.A., Appellants
### V.
### MICHAEL L. CHAUVENET AND MARY ANN BRANHAM, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08188**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Reichek

Before the Court is appellants' unopposed motion to dismiss this appeal.[1]  Appellants have informed the Court that the parties have settled their differences.  Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190132F.P05

---

[1] By order issued on March 11, 2019, this Court granted the motion to dismiss filed by former appellants Costco Wholesale Corporation and D.A. Vinson, R.Ph. and dismissed them as parties to this appeal.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BIJAL MODI, M.D. AND TEXAS
ONCOLOGY, P.A., Appellants

No. 05-19-00132-CV          V.

MICHAEL L. CHAUVENET AND
MARY ANN BRANHAM, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-08188.
Opinion delivered by Justice Reichek.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Costs of this appeal are assessed as set forth in the parties' settlement agreement.

Judgment entered March 14, 2019